OPINION — AG — QUESTION(1): "WOULD THE AWARD TO STATE EMPLOYEES OR OTHER PERSONS OF PLAQUES OR SERVICE PINS PURCHASED FROM STATE FUNDS BY A STATE AGENCY BE AN UNCONSTITUTIONAL EXPENDITURE OF STATE MONIES ?" — AFFIRMATIVE CITE: ARTICLE X, SECTION 14, ARTICLE X, SECTION 15, ARTICLE X, SECTION 19 (DANNY K. SHADID) ** OVERRULED BY OPINION NO. 87-038 ** ** SEE OPINION NO. 91-507 (1990) SEE: OPINION NO. 92-515 (1992)